FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEON D. SEARLES, JR.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　Defendant. | CASE NO:  1:22-CV-3071-TOR<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS |

　　By Order filed June 28, 2022, the Court directed *pro se* Plaintiff Leon D. Searles, Jr., to submit a statement of his account for the entire six months preceding May 25, 2022, or to pay the full $402.00 filing fee to commence this action. ECF No. 9 at 3–4.  Plaintiff, a person facing criminal charges and detained at the Eastern State Hospital, did not comply with these directives, and has filed nothing further in this action.  Therefore, it appears that Plaintiff has abandoned this litigation.

　　Accordingly, for the reasons set forth above and in the Court's prior Order, ECF No. 9, **IT IS ORDERED** that this action is **DISMISSED WITHOUT**

**PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

The Clerk's Office is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address, and **CLOSE** the file.

DATED August 22, 2022.



THOMAS O. RICE
United States District Judge